# United States District Court

**CENTRAL**     **DISTRICT OF**     **CALIFORNIA**



LODGED
CLERK, U.S. DISTRICT COURT
12/1/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: cd DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
12/1/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: Valencia Munroe DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| V. | |
| Brianna Racquel Kau | CASE NUMBER: 2:22-mj-04716-DUTY |
| REG#: 73196-112 | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 25, 2022, in Los Angeles County, in the Central District of California, defendant Brianna Racquel KAU did escape from the custody of the United States Attorney General, in violation of Title 18, United States Code, Section 751. I further state that I am a Deputy U.S. Marshal, and that this complaint is based on the following facts:

On or about November 25, 2022, the United States Marshals Service received information from Juan Herrera, Residential Reentry Chief Executive Officer, stating that KAU had escaped from Vinewood RRC, located at 5520 Harold Way Los Angeles, CA 90028. According to Bureau of Prisons records, KAU is a White female, approximately 5 feet, 7 inch tall, weighing approximately 230 pounds, with blonde hair and brown eyes. KAU is 27 years old and is a United States citizen.

From my review of KAU's court records, I learned that on or about March 1, 2022, in the United States District Court for Central District of California, Case No. CR 16-258-DMG, KAU was sentenced to a term of 12 months' imprisonment, with 16 months of supervision to follow for a conviction of 18 U.S.C. § 1708, possession of stolen mail.

On November 25, 2022, at 8:47 p.m. staff began an accountability count of all residents in the facility. At 9:05 p.m., staff was not able to locate inmate KAU at the conclusion of count. At 9:10 p.m. staff performed a fire drill in order to locate inmate KAU. Unfortunately, KAU was not located in the facility. A call was placed to inmate KAU's emergency contact who stated she had not seen inmate KAU since November 22, 2022. According to staff, inmate KAU was last seen in the facility at the 6:30 p.m. count. She was placed on escape status due to her unknown whereabouts. As of today's date, KAU's whereabouts are unknown.

Continued on the attached sheet and made a part hereof: ☐ Yes ☒ No

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

/ s / Harrison York
Signature of Complaint

Deputy U.S. Marshal

December 1, 2022
Date

at Los Angeles, California
City and State

Charles F. Eick, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer